# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALBERT DEMETRI YOUNG,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:21-cv-01576-RDP-SGC |
| **STATE OF ALABAMA,** | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a Report and Recommendation on February 15, 2023, recommending the petition for a writ of habeas corpus filed under 28 U.S.C. § 2241 by Albert Demetri Young be denied. (Doc. 19). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days. (Doc. 19 at 15-16). No objections have been docketed as filed in this case. However, a "Petition to Recharacterize Pro Se Pleadings" bearing this case number was docketed as filed in a civil rights case Young has pending in this district court. *See Albert Demetrius Young v. Rashaun Robinson, et al.*, Case No. 1:19-cv-02090-KOB-SGC (N.D. Ala. docketed as filed Dec. 23, 2019) at Doc. 68. The submission was dated February 16, 2023, one day after the Magistrate Judge entered the Report and Recommendation in this case. *See id.* at Doc. 68 at 4.

The court **DIRECTS** the Clerk to file a copy of the submission referenced above in this case. The court has reviewed the submission in the context of this case. To the extent the submission may be construed as an objection to the Magistrate Judge's Report and Recommendation, the court **OVERRULES** that objection. Nothing in the submission, even if construed as an objection, suggests that the Magistrate Judge erred in concluding Young's claims

challenging the revocation of his parole are time-barred and meritless.  At most, Young merely reiterates arguments considered and rejected by the Magistrate Judge.

After careful consideration of the record in this case, including the Magistrate Judge's Report and Recommendation and Young's submission construed as an objection, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds Young's habeas petition is due to be denied.  A final judgment will be entered.

**DONE** and **ORDERED** this March 17, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE